Achille Scully, defendant in error, v. L. J. Keefe, plaintiff in error. Gen. No. 36,470.

Opinion filed June 30, 1933.

Joseph L. Toohey, for plaintiff in error; Edward McTiernan, of counsel. Louis Greenberg, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

Charles H. Joy et al., appellees, v. Ditto, Inc., et al., defendants. Joseph M. Cheney, appellant. Gen. No. 36,518.

Opinion filed June 30, 1933.

Knapp, Beye, Allen, Cochran & Cushing, for appellant; William Beye, R. C. Stevenson and Walter H. Velde, of counsel. Cattell & Waldron, for appellees; Archibald Cattell, Carl A. Waldron and George W. Dammann, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Charles H. Joy et al., appellees, v. Ditto, Inc., et al., defendants. K. M. Henderson, appellant. Gen. No. 36,519.

Opinion filed June 30, 1933.

Knapp, Beye, Allen, Cochran & Cushing, for appellant; William Beye, R. C. Stevenson and Walter H. Velde, of counsel. Cattell & Waldron, for appellees; Archibald Cattell, Carl A. Waldron and George W. Dammann, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Evelyn Stein, appellee, v. Chicago Motor Coach Company, appellant. Gen. No. 36,563.

Opinion filed June 30, 1933. Rehearing denied July 11, 1933.

Walter N. Murray, for appellant. Albert H. Elenbogen, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.